UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WILLIAM L. SLAUGHTER,

    Plaintiff,

v.                                          Case No. 1:15-cv-15
                                              Hon. Ray Kent

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
_____/

## JUDGMENT

In accordance with the Opinion filed this date, the decision of the Commissioner is

**AFFIRMED**.

    **IT IS SO ORDERED.**


Dated:  March 25, 2016                /s/ Ray Kent
                                            RAY KENT
                                            United States Magistrate Judge